USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/25/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                :
UNITED STATES OF AMERICA,       :
                :
         -against-              :          24-CR-402 (VEC)
                :
CHRISTOPHER REESE,              :          ORDER
                  Defendant.    :
                :
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       IT IS HEREBY ORDERED that the parties must appear for an arraignment and initial conference on **Monday, July 1, 2024, at 10:45 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date:  **June 26, 2024**
        **New York, NY**
                                                         **VALERIE CAPRONI**
                                                    **United States District Judge**