USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/01/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
          -against-                                              :  24-CR-402 (VEC)
                                                                  :
CHRISTOPHER REESE,                                                :  ORDER
                                  Defendant.            :
                                                                  :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS the Defendant refused to appear for the initial conference and arraignment scheduled for today, July 1, 2024, and stated that he was sick.

      IT IS HEREBY ORDERED that the initial conference and arraignment in this matter will take place on **Thursday, July 11, 2024, at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

      IT IS FURTHER ORDERED that Jacqueline Cistaro is appointed as CJA counsel for the Defendant.

      IT IS FURTHER ORDERED that time is hereby excluded until **July 11, 2024**, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(3)(A), due to the unavailability of the Defendant, as well as 18 U.S.C. § 3161(h)(7)(A), as the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial given the need to provide the Defendant time to be able to appear without the issuance of a force order.

**SO ORDERED.**

                                                                                   _____

Date: July 1, 2024                                                  **VALERIE CAPRONI**
      New York, NY                                            **United States District Judge**