USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/01/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
     UNITED STATES OF AMERICA,

                   -against-                             24-CR-402 (VEC)

     CHRISTOPHER REESE,                               ORDER
                             Defendant.
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       IT IS HEREBY ORDERED that the conference in this matter is ADJOURNED to **Monday, July 1, 2024, at 11:30 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date:  July 1, 2024                               _____
       New York, NY                                   **VALERIE CAPRONI**
                                                      **United States District Judge**