USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/9/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,  :
:
           -against-  :      24-CR-402 (VEC)
:
CHRISTOPHER REESE,  :      <u>ORDER</u>
                        Defendant.  :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    IT IS HEREBY ORDERED that the conference in this matter is ADJOURNED to **Thursday, July 11, 2024, at 10:30 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

**Date:  July 9, 2024**
      **New York, NY**
                                           **VALERIE CAPRONI**
                                           **United States District Judge**