USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/11/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

UNITED STATES OF AMERICA,

   – v. –

CHRISTOPHER REESE,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

**ORDER**

24-CR-402 (VEC)

HON. VALERIE E. CAPRONI, United States District Judge:

The United States Marshals Service is hereby authorized to use reasonable force, including, if necessary, the use of restraints, to remove the defendant from his cell in the Metropolitan Detention Center and transport him for production in this action at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 443, New York, New York, 10007, by 10:30 a.m. on July 11, 2024.

Dated:      New York, New York
            July 11, 2024

_____
HON. VALERIE E. CAPRONI
United States District Judge