UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
   UNITED STATES OF AMERICA,

                -against-                                24-CR-402 (VEC)

   CHRISTOPHER REESE,                          ORDER
                               Defendant.

------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on October 1, 2024, the parties appeared before the Court for a status conference, at which Jacqueline Cistaro was relieved as counsel for Mr. Reese and Zachary Margulis-Ohnuma was appointed as counsel for Mr. Reese.

      IT IS HEREBY ORDERED that the parties must appear before the Court for a status conference on **Wednesday, October 16, 2024, at 11:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. The purpose of the conference is to set a schedule for pretrial motions and trial.

**SO ORDERED.**

Date:  October 1, 2024
         New York, NY

                                                     **VALERIE CAPRONI**
                                               **United States District Judge**