UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                    :
:
-against-                        :        24-CR-402 (VEC)
:
CHRISTOPHER REESE,                           :        <u>ORDER</u>
                         Defendant.    :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on October 16, 2024, the parties appeared for a status conference.

      IT IS HEREBY ORDERED that the Defendant must file pretrial motions not later than **Friday, December 6, 2024**. Defendant must file a single, consolidated motion containing all of its requests for pretrial relief, including issues previously raised by *pro se* filings. The Government must respond not later than **Friday, January 3, 2025**, and Defendant must reply not later than **Friday, January 17, 2025**.

      IT IS FURTHER ORDERED that any motions in limine must be filed not later than **Friday, January 31, 2025**. Responses must be filed not later than **Friday, February 14, 2025**.

      IT IS FURTHER ORDERED that voir dire questions and requests to charge must be filed not later than **Friday, February 21, 2025**.

      IT IS FURTHER ORDERED that the final pretrial conference will be held on **Thursday, March 6, 2025, at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

      IT IS FURTHER ORDERED that jury selection and trial will begin on **Monday, March 10, 2025 at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date:  October 16, 2024
       New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**