UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
        -against- :   24-CR-402 (VEC)
:
CHRISTOPHER REESE, :   <u>ORDER</u>
                    Defendant. :
:
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on October 16, 2024, the Court ordered that any motions in limine in this case must be filed not later than January 31, 2025 (Dkt. 44);

    WHEREAS on January 31, 2025, the Government filed its motion in limine (Dkt. 69, the "Initial Motion");

    WHEREAS on February 3, 2025, the Government filed a supplemental motion in limine to preclude the expert testimony of the Defendant's proposed expert, Tyler Maulsby (Dkt. 70, the "Supplemental Motion"); and

    WHEREAS the Supplemental Motion indicated that defense counsel did not disclose their intention to call Mr. Maulsby as an expert at trial or provide a copy of his report until January 31, 2025. Supplemental Motion at 1.

    IT IS HEREBY ORDERED that the Government's Supplemental Motion is accepted *nunc pro tunc* as timely. Mr. Reese must respond to the Initial Motion and the Supplemental Motion in a single submission, to be filed not later than **Monday, February 17, 2025**.

**SO ORDERED.**

Date: February 4, 2025
      New York, NY

                                                   **VALERIE CAPRONI**
                                                   **United States District Judge**