UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                :
:
               -against-             :       24-CR-402 (VEC)
:
CHRISTOPHER REESE,                       :       ORDER
                       Defendant.  :
:
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that the parties must appear for oral argument on Mr. Reese's Pretrial Motion (Dkt. 60) on **Wednesday, February 26, 2025 at 10:30 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007. The parties should be prepared to discuss the motion in its entirety, with particular emphasis on the request to dismiss Count Three of the Indictment and the request for the prosecutorial team to recuse themselves.

**SO ORDERED.**

Date:  February 14, 2025                                  **VALERIE CAPRONI**
         New York, NY                                      **United States District Judge**