UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                -against-                                24-CR-402 (VEC)

    CHRISTOPHER REESE,                                ORDER
                                Defendant.

-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

        WHEREAS on February 26, 2025, the parties appeared for oral argument on the pretrial motions and the motion to exclude the expert testimony of Tyler Maulsby.

        IT IS HEREBY ORDERED that, for the reasons set forth at oral argument, the pretrial motions (Dkt. 61) are DENIED.

        IT IS FURTHER ORDERED that the Defense must submit a revised version of Mr. Maulsby's report not later than **Monday, March 3, 2025**.  If the Government wishes to move to exclude the revised report, it must file its motion *in limine* not later than **Wednesday, March 5, 2025, at 6:00 P.M.**

SO ORDERED.

Date:  February 26, 2025                            _____
       New York, NY                                  **VALERIE CAPRONI**
                                                        **United States District Judge**