UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v -

CHRISTOPHER REESE,

                Defendant.

**ORDER**

24 Cr. 402 (VEC)

---

      Upon the application of Zachary Margulis-Ohnuma, attorney for Defendant Christopher Reese:

      IT IS HEREBY ORDERED THAT, the defendant Christopher Reese, Inmate # 17878-083, will be permitted to receive non-prison clothing at the MDC to wear for his scheduled trial to begin on March 10, 2025. He is permitted to have up to one pair of pants, one blazer, four pairs of socks, one shirt, one tie, one belt, and one pair of shoes to wear to Court.

Dated:      March 5, 2025

                                                    _____
                                                    The Honorable Valerie E. Caproni
                                                   United States District Judge