UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                              :
:
           -against-                                  :        24-CR-402 (VEC)
:
CHRISTOPHER REESE,                                         :        ORDER
                               Defendant.   :
:
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on March 20, 2025, the jury returned a verdict finding Mr. Reese guilty of wire fraud, unauthorized practice of law, making false statements the Probation Office, and conspiracy to commit money laundering.

      IT IS HEREBY ORDERED that any post-trial motions must be filed not later than **Friday, April 18, 2025**. Responses must be filed not later than **Friday, May 9, 2025**, and replies must be filed not later than **Friday, May 16, 2025**.

      IT IS FURTHER ORDERED that Mr. Reese will be sentenced on **Thursday, June 26, 2025, at 2:30 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007. Pre-sentencing submissions must be filed not later than **Thursday, June 12, 2025**.

**SO ORDERED.**

Date:  March 20, 2025                                             _____
           New York, NY                                                   **VALERIE CAPRONI**
                                                                   **United States District Judge**