# ZMO Law PLLC

**MEMO ENDORSED**

March 21, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/24/2025

*Via ECF and email*

Hon. Valerie E. Caproni
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

RE: *United States v. Christopher Reese*, 24 Cr. 402 (VEC)

Dear Judge Caproni:

This office represents Christopher Reese in the above-captioned matter pursuant to an appointment under the Criminal Justice Act ("CJA"). I write to respectfully request the Court's authorization to submit interim CJA vouchers for myself, co-counsel Tess Cohen, and paralegal Anne Ayotte. Interim vouchers are appropriate in this instance because the trial has ended and sentencing is not scheduled for several months.

Thank you for your attention to this case.

Very truly yours,

*Zachary Margulis-Ohnuma*

Zachary Margulis-Ohnuma
Principal Attorney

---

Application GRANTED.

SO ORDERED.

*Valerie Caproni*   3/24/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

---

353 Lexington Avenue, Suite 900 • New York, NY 10016
(212) 685-0999 • zach@zmolaw.com
www.zmolaw.com