UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,         :
:
-against-                          :      24-CR-402 (VEC)
:
CHRISTOPHER REESE,                 :      ORDER
                    Defendant.    :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS Mr. Reese is scheduled to be sentenced on Wednesday, August 20, 2025, at 10:30 A.M.;

WHEREAS the Court is considering an upward departure from the guidelines range applicable to Mr. Reese pursuant to the United States Sentencing Guidelines; and

WHEREAS the evidence indicates that Mr. Reese has, in this past, continued his unauthorized law practice while incarcerated, in part by using the Bureau of Prisons' internal email system, Corrlinks.

IT IS HEREBY ORDERED that, at sentencing, the parties must be prepared to discuss whether the Court should recommend to the Bureau of Prisons that Mr. Reese be prohibited from using Corrlinks while in prison, and whether the Court should issue any other recommendations designed to prevent Mr. Reese from continuing his unauthorized law practice while in prison.

**SO ORDERED.**

Date:  August 18, 2025
       New York, NY

_____
**VALERIE CAPRONI
United States District Judge**