UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                :
UNITED STATES OF AMERICA,              :
                :      24-CR-402 (VEC)
        -against-                    :
                :      <u>ORDER</u>
CHRISTOPHER REESE,                   :
                Defendant.      :
                :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on March 20, 2025, the jury found Mr. Reese guilty on Counts Two, Three, Four, and Five of the Indictment, *see* Mar. 20, 2025, Minute Entry;

      WHEREAS immediately following the verdict, the Court ordered Mr. Reese to file any motions for post-trial relief by April 18, 2025, *see* Mar. 20, 2025, Order, Dkt. 101;

      WHEREAS on April 18, 2025, Mr. Reese, represented by competent counsel, timely filed a Post-Trial Motion, Dkt. 110, seeking, among other things, relief pursuant to Federal Rule of Criminal Procedure 33;

      WHEREAS the Post-Trial Motion was fully briefed and decided by June 26, 2025, *see* Opp. to Post-Trial Mot., Dkt. 113; Reply in Further Support of Post-Trial Mot, Dkt. 115; Opinion & Order on Post-Trial Mot., Dkt. 124;

      WHEREAS on August 20, 2025, the parties appeared before the Undersigned but, in lieu of conducting sentencing as planned, Mr. Reese moved to change counsel;

      WHEREAS the Court granted Mr. Reese's request, appointed new counsel, and adjourned sentencing to September 24, 2025;

      WHEREAS on August 20, 2025, the Court admonished the Defendant that post-trial motions "have already been made and decided," Aug. 20, 2025, Tr. at 13:7–8, and that he could

not engage in "hybrid representation" pursuant to which he both relied on counsel and made *pro se* submissions; and

WHEREAS on September 22, 2025 — just two days before sentencing — Mr. Reese filed a new post-trial motion, Dkt. 138-1 (the "Rule 33 Motion"), seeking relief pursuant to Rule 33;

WHEREAS the Rule 33 Motion was filed by Mr. Reese's attorney, who characterized it as a "Rule 33 motion by Mr. Reese."

IT IS HEREBY ORDERED that the Court will not review Mr. Reese's September 22, 2025, Rule 33 Motion, which is untimely, was filed without leave of the Court, and was filed in defiance of the Court's admonition that Mr. Reese could not make *pro se* filings when represented by counsel. The Clerk of the Court is respectfully directed to STRIKE the filing at Dkt. 138-1.

**SO ORDERED.**

**Date: September 23, 2025**
**New York, NY**

**VALERIE CAPRONI**
**United States District Judge**