**MEMO ENDORSED**

# DAVID K. BERTAN
ATTORNEY AT LAW
41 EAST 11TH STREET, 11TH FLOOR
NEW YORK, NEW YORK 10003

(718) 742-1688
E-MAIL: DKB@DAVIDBERTAN.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/30/2025
```

September 30, 2025

*Via ECF*

Hon. Valerie E. Caproni, United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:    USA v. Christopher Reese
              24-cr-402 (VEC)

Dear Judge Caproni:

      I am writing to request additional time to review and prepare objections to the Government's proposed restitution order. As the Court is aware, I was not the attorney who represented Mr. Reese at trial. I am in the process of obtaining the relevant exhibits (there are numerous exhibits referenced in the Government's proposed restitution schedule) and will need to review them to determine the accuracy of the Government's restitution calculations. By my count, there are many dozens of exhibits, some of which are extremely lengthy. In addition, there are other materials that I will need to review to determine if there are offsets (amounts that were repaid) from the Government's estimated amounts.

      Accordingly, I am requesting that my objections to the proposed restitution schedule be due by October 30, 2025.

      Thank you for your consideration in this matter.

                          Very truly yours,

                          David K. Bertan

cc:    AUSA Josiah Pertz (Via ECF)
       AUSA Kingdar Prussein (Via ECF

Application GRANTED IN PART.  Mr. Reese's deadline to file objections to the Government's proposed restitution order is ADJOURNED to **Wednesday, October 15, 2025**.

SO ORDERED.

*Valerie Caproni*    9/30/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE